HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
JUSTIN HYSOM-CALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  2:22-po-00286-AC |
| Plaintiff, | ) |
| | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE:   November 14, 2022 |
| JUSTIN HYSOM-CALL, | ) TIME:      9:00 AM |
| | ) JUDGE:  ALLISON CLAIRE |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel,

Assistant United States Attorney Heiko Coppola, Assistant Federal Defender Linda C. Allison

attorney for Justin Hysom-Call the Court continue the status conference on November 14, 2022

to November 28, 2022 via video-teleconference (Zoom).

Defense counsel requests additional time to investigate this matter and conduct plea

negotiations with the government. The parties also agree that the ends of justice served by

granting defendant's request for a continuance outweighs the best interest of the public and the

defendant in a speedy trial.

Dated:  November 10, 2022                    Respectfully submitted,

                                             HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Linda C. Allison
                                             LINDA C. ALLISON
                                             Assistant Federal Defender
                                             Attorney for Defendant

1

2    Date: November 10, 2022                    PHILLIP A. TALBERT
                                               United States Attorney
3
                                               _/s/ Heiko Coppola_____
4                                              HEIKO COPPOLA
                                               Assistant United States Attorney
5                                              Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**O R D E R**

3

      IT IS HEREBY ORDERED that the status conference currently set for November 14,

4

2022 be vacated for the reasons stated above and continued to November 28, 2022 at 9:00 a.m.

5

via video-teleconference (Zoom).

6

7

Dated: November 10, 2022

8

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28